Dismissed and Memorandum Opinion filed December 6, 2007








Dismissed
and Memorandum Opinion filed December 6, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00694-CV

____________

 

FRANK HENNIGAN, Appellant

 

V.

 

YOLANDA FAYE BATTS, Appellee

 



 

On Appeal from the
306th District Court

Galveston County,
Texas

Trial Court Cause
No. 07FD1628

 



 

M E M O R A N D U M   O P I N I O N

According
to information provided to this court, this is an appeal from a judgment signed
July 13, 2007.  On November 30, 2007, appellant filed a motion to dismiss the
appeal because the case has settled.   See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 6, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.